IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT HOOPER,<br><br>    Plaintiff,<br>v.<br><br>SCREENING REPORTS, INC<br><br>    Defendant. | Case No.: 1:24-cv-00157-HYJ-PJG<br><br>NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN** that Plaintiff Christopher Scott Hooper and Screening Reports, Inc., ("Screening Reports"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Screening Reports. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 9th day July 2024.

**CONSUMER ATTORNEYS**
By: /s/ Beth K. Findsen
Beth K. Findsen, AZ No. 023205
CONSUMER ATTORNEYS
8245 N. 85th Way,
Scottsdale, AZ 85258
T: 602-807-6676
F: 718-715-1750
E: bfindsen@consumerattorneys.com
*Attorneys for Plaintiff,*
*Christopher Scott Hooper*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

<i>/s/ Marie Tirona</i>