IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT HOOPER,<br><br>    Plaintiff,<br>v.<br><br>SCREENING REPORTS, INC<br><br>    Defendant. | **Case No.:** 1:24-cv-00157-HYJ-PJG<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Christopher Scott Hooper and Defendant Screening Reports. Inc., ("Screening Reports"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Screening Reports.

Dated: September 9, 2024,

| | |
|---|---|
| **CONSUMER ATTORNEYS** | **Messer Strickler Burnette, Ltd.** |
| */s/ Beth K. Findsen*<br>Beth K. Findsen, AZ No. 023205<br>8095 N. 85th Way,<br>Scottsdale, AZ 85258<br>T: 602-807-6676<br>F: 718-715-1750<br>E: bfindsen@consumerattorneys.com<br><br>*Attorneys for Plaintiff,*<br>*Christopher Scott Hooper* | */s/ Joseph S. Messer*<br>Joseph S. Messer<br>Katherine M. Saldanha Olson<br>142 W. Station St.<br>Barrington, IL 60010<br>Tel.: (312) 334-3469<br>Fax: (312) 334-3473<br>jmesser@messerstrickler.com<br>kolson@messerstrickler.com<br><br>*Attorneys for Defendant,*<br>*Screening Reports, Inc.* |

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Marie Tirona*