UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER SCOTT HOOPER,

    Plaintiff,

v.

    Case No. 1:24-cv-157

    Hon. Hala Y. Jarbou

SCREENING REPORTS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 15),

**IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 15) is **GRANTED**; this action is **DISMISSED** with prejudice.

Dated: September 9, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE